# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLEXA NETWORK INC., <br><br> Petitioner, <br><br> v. <br><br> SCOTT MANDEL, <br><br> Respondent. | Civil Action No.: _____ |

## NOTICE OF PETITION TO COMPEL ARBITRATION

TO:  Justin S. Brooks
     GUTTMAN, BUSCHNER & BROOKS PLLC
     119 Coulter Avenue, Suite 211
     Ardmore, PA  19003
     *Attorneys for Respondent, Scott Mandel*

**PLEASE TAKE NOTICE** that, pursuant to 9 U.S.C. §§ 1 *et seq*., Flexa Network Inc. ("Flexa") has this day filed a Petition to Compel Arbitration in the United States District Court for the District of Delaware, 844 North King Street, Wilmington, Delaware 19801, seeking an order to arbitrate a dispute between Petitioner Flexa Network Inc. and Respondent Scott Mandel in accordance with the parties' arbitration agreement in the June 1, 2018 Employment Agreement.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 9 U.S.C. § 4, Flexa shall request that this matter be heard by the Court no sooner than five (5) days after the date of this notice.

**PLEASE TAKE FURTHER NOTICE** that, in support of its request, Flexa will rely upon its Memorandum of Law in support of its Petition, and exhibits included herewith.  A Proposed Order is enclosed herewith.

| | |
|---|---|
| DATE:  October 15, 2019 | Respectfully submitted,<br><br>**BLANK ROME LLP**<br><br>*/s/ Larry R. Wood Jr.*<br>Larry R. Wood Jr. (No. 3262)<br>Adam V. Orlacchio (No. 5520)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>(302) 425-6400<br>lwood@blankrome.com<br>orlacchio@blankrome.com<br><br>**CROWELL & MORING LLP**<br>Thomas P. Gies (*pro hac vice* to be filed)<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004-2595<br>(202) 624-2690<br>tgies@crowell.com<br><br>*Attorneys for Flexa Network Inc.* |